IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MARTIN DAVID DRIGOTAS, JR.
and CHRISTINA IRENE LOOME,
    Plaintiffs,

v.                                                    Civil Case No. 3:23cv513

SUBARU OF AMERICA, INC.,
    Defendant.

### FINAL ORDER

This matter comes before the Court on a joint stipulation of dismissal with prejudice filed by the parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 77.) The Court acknowledges this voluntary dismissal, with each party bearing its own costs, and DIRECTS the Clerk to close this case.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 13 January 2025
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge